463 A.2d 58

Commonwealth v. Picker, Appellant.

626

Submitted April 6, 1983.  David J. Picker, for appellant; Ronald Thomas Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.

SPAETH, J., filed a memorandum concurring statement.